1020

No. 680. BYRD *v.* LANE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied. *Ferdinand Samper* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *John F. Davis,* Deputy Attorney General, for respondents.

No. 681. JARBOE BROS. STORAGE WAREHOUSE, INC. *v.* ALLIED VAN LINES, INC. C. A. 4th Cir. Certiorari denied. *Howard G. Reamer* for petitioner. *Francis D. Murnaghan, Jr.,* and *Joseph H. H. Kaplan* for respondent.

No. 685. UNION RAILWAY Co. *v.* SWIFT & Co. C. A. 6th Cir. Certiorari denied. *Cooper Turner, Jr.,* for petitioner. *Jack Petree* for respondent.

No. 686. BALL *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Milton E. Grusmark* for petitioner.

No. 689. FAMIANO *v.* ENYEART ET AL. C. A. 7th Cir. Certiorari denied. *Benjamin Piser* for petitioner. *Nathan Levy* and *George N. Beamer, Jr.,* for respondents.

No. 690. STOLTZFUS ET UX. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Converse Murdoch* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard,* and *John M. Brant* for the United States.

No. 692. DEMING NATIONAL BANK *v.* MORRISON FLYING SERVICE. C. A. 10th Cir. Certiorari denied. *Benjamin M. Sherman* for petitioner. *John H. Risken* for respondent.